**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

SOUTHERN DISTRICT OF FLORIDA

Case number *(if known)* _____    Chapter __11__

☐ Check if this an amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy            4/16

**If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).**
**For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.**

| | | |
|---|---|---|
| 1. | **Debtor's name** | **Miami Neurological Institute, LLC** |

| | | |
|---|---|---|
| 2. | **All other names debtor used in the last 8 years** Include any assumed names, trade names and *doing business as* names | **DBA  Advanced Neuro Spine Institute** |

| | | |
|---|---|---|
| 3. | **Debtor's federal Employer Identification Number** (EIN) | **27-0266679** |

4.  **Debtor's address**

| Principal place of business | Mailing address, if different from principal place of business |
|---|---|
| **21097 NE 27th Court** <br> **Suite 540** <br> **Aventura, FL 33180** <br> Number, Street, City, State & ZIP Code | P.O. Box, Number, Street, City, State & ZIP Code |
| **Miami-Dade** <br> County | **Location of principal assets, if different from principal place of business** <br><br> Number, Street, City, State & ZIP Code |

5.  **Debtor's website** (URL)  _____

6.  **Type of debtor**

�■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))

☐ Partnership (excluding LLP)

☐ Other. Specify: _____

Debtor   **Miami Neurological Institute, LLC**
_____
       Name

Case number (*if known*) _____

**7.** **Describe debtor's business**   A. *Check one:*

■ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

☐ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor.
See http://www.uscourts.gov/four-digit-national-association-naics-codes.

_____

**8.** **Under which chapter of the Bankruptcy Code is the debtor filing?**   *Check one:*

☐ Chapter 7

☐ Chapter 9

■ Chapter 11. *Check all that apply:*

☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,566,050 (amount subject to adjustment on 4/01/19 and every 3 years after that).

☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ A plan is being filed with this petition.

☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9.** **Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

■ No.

☐ Yes.

District _____ When _____ Case number _____

District _____ When _____ Case number _____

**10.** **Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

List all cases. If more than 1, attach a separate list

■ No

☐ Yes.

Debtor _____ Relationship _____

District _____ When _____ Case number, if known _____

Debtor    **Miami Neurological Institute, LLC**                                          Case number (*if known*) _____
       Name

| | | |
|---|---|---|
| **11.** | **Why is the case filed in this district?** | *Check all that apply:* |

■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

| | |
|---|---|
| **12.** | **Does the debtor own or have possession of any real property or personal property that needs immediate attention?** |

■ No

☐ Yes.    Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

    What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____

    Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No

☐ Yes.    Insurance agency _____

           Contact name _____

           Phone _____

---

**■ Statistical and administrative information**

| | |
|---|---|
| **13.** | **Debtor's estimation of available funds**    *Check one:* |

☐ Funds will be available for distribution to unsecured creditors.

■ After any administrative expenses are paid, no funds will be available to unsecured creditors.

| | | | |
|---|---|---|---|
| **14.** | **Estimated number of creditors** | ☐ 1-49<br>☐ 50-99<br>■ 100-199<br>☐ 200-999 | ☐ 1,000-5,000<br>☐ 5001-10,000<br>☐ 10,001-25,000 | ☐ 25,001-50,000<br>☐ 50,001-100,000<br>☐ More than100,000 |
| **15.** | **Estimated Assets** | ■ $0 - $50,000<br>☐ $50,001 - $100,000<br>☐ $100,001 - $500,000<br>☐ $500,001 - $1 million | ☐ $1,000,001 - $10 million<br>☐ $10,000,001 - $50 million<br>☐ $50,000,001 - $100 million<br>☐ $100,000,001 - $500 million | ☐ $500,000,001 - $1 billion<br>☐ $1,000,000,001 - $10 billion<br>☐ $10,000,000,001 - $50 billion<br>☐ More than $50 billion |
| **16.** | **Estimated liabilities** | ☐ $0 - $50,000<br>☐ $50,001 - $100,000<br>☐ $100,001 - $500,000<br>☐ $500,001 - $1 million | ■ $1,000,001 - $10 million<br>☐ $10,000,001 - $50 million<br>☐ $50,000,001 - $100 million<br>☐ $100,000,001 - $500 million | ☐ $500,000,001 - $1 billion<br>☐ $1,000,000,001 - $10 billion<br>☐ $10,000,000,001 - $50 billion<br>☐ More than $50 billion |

Debtor    **Miami Neurological Institute, LLC**                                      Case number (*if known*) _____
          Name

| | **Request for Relief, Declaration, and Signatures** |

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature
    of authorized
    representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is trued and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on      **January 18, 2017**
                 MM / DD / YYYY

**X** /s/ Juan Ramirez                                          **Juan Ramirez**
_____                         _____
Signature of authorized representative of debtor            Printed name

Title    **Managing Member**
         _____

**18. Signature of attorney**

**X** /s/ Brett A. Elam                                        Date  **January 18, 2017**
_____                               _____
Signature of attorney for debtor                                  MM / DD / YYYY

**Brett A. Elam**
_____
Printed name

**Farber + ELam, LLC**
_____
Firm name

**105 South Narcissus
Suite 802
West Palm Beach, FL 33401**
_____
Number, Street, City, State & ZIP Code

Contact phone  **561-833-1113**          Email address  **belam@farberelamlaw.com**
               _____              _____

**576808**
_____
Bar number and State

**Fill in this information to identify the case:**

Debtor name  **Miami Neurological Institute, LLC**

United States Bankruptcy Court for the:  SOUTHERN DISTRICT OF FLORIDA

Case number (if known)  _____

☐ Check if this is an
amended filing

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date.  Bankruptcy Rules 1008 and 9011.

**WARNING -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.**

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☐  *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
☐  *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
☐  *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
☐  *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
☐  *Schedule H: Codebtors* (Official Form 206H)
☐  *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
☐  Amended *Schedule*
☐  *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
☐  Other document that requires a declaration  _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  **January 18, 2017**

X /s/ Juan Ramirez
Signature of individual signing on behalf of debtor

**Juan Ramirez**
Printed name

**Managing Member**
Position or relationship to debtor

Fill in this information to identify the case:

| | |
|---|---|
| Debtor name | **Miami Neurological Institute, LLC** |
| United States Bankruptcy Court for the: | **SOUTHERN DISTRICT OF FLORIDA** |
| Case number (if known): | |

☐ Check if this is an

amended filing

## Official Form 204
## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders

12/15

**A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31).  Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.**

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Amblitel, LLC 901 Front Street Suite 280 Louisville, CO 80027** | | | | | | $70,000.00 |
| **AMS RRG 23 Route 31 North Suite A-2 Pennington, NJ 08534** | | | | | | $63,859.82 |
| **Avetura Hospital Medical Center 20900 Biscayne Blvd Miami, FL 33180** | | | | | | $83,826.14 |
| **Avia Medical Technologies 20801 Biscayne Blvd #403 Miami, FL 33180** | | | | | | $137,937.86 |
| **City National Bank of Florida 25 West Flagler Street Miami, FL 33130** | | **All Property of Debtor** | | $750,000.00 | $0.00 | $750,000.00 |
| **City National Bank of Florida 25 West Flagler Street Miami, FL 33130** | | **All Property of the Debtor** | | $575,000.00 | $0.00 | $575,000.00 |
| **City National Bank of Florida 25 West Flagler Street Miami, FL 33130** | | **All Property of Debtor** | | $575,000.00 | $0.00 | $575,000.00 |

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com

Best Case Bankruptcy

| Debtor | **Miami Neurological Institute, LLC** | | Case number *(if known)* | |
|---|---|---|---|---|
| | Name | | | |

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim<br>If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Clear Choice**<br>**800 W. Cypress**<br>**Creek Road #580**<br>**Fort Lauderdale, FL**<br>**33309** | | | | | | **$344,515.07** |
| **Dr. Melvin Whitfield**<br>**1301 E. Broward**<br>**Blvd #300**<br>**Fort Lauderdale, FL**<br>**33301** | | | | | | **$492,499.99** |
| **Dr. Santiago**<br>**Figuereo**<br>**21097 NE 27th Court**<br>**#540**<br>**Miami, FL 33180** | | | | | | **$474,021.08** |
| **Florida Blue**<br>**770 Northpoint**<br>**Pkwy**<br>**West Palm Beach,**<br>**FL 33407** | | | | | | **$39,412.64** |
| **Internal Revenue**<br>**Service**<br>**99 NE 4th Street**<br>**Miami, FL 33132** | | | **Disputed** | | | **$1,500,000.00** |
| **Kendell Regional**<br>**Medical Center**<br>**11750 SW 40th St**<br>**Miami, FL 33175** | | | | | | **$60,000.00** |
| **Lauren Schwartz,**<br>**MD**<br>**c/o Ken M. Frankel,**<br>**Esq.**<br>**71 NE 27th Avenue**<br>**Pompano Beach, FL**<br>**33062** | | **Unpaid Wages** | **Contingent**<br>**Disputed** | | | **$112,692.32** |
| **Marlins Stadium**<br>**Operator, LLC**<br>**c/o Ashwin**<br>**Krishnan, Esq.**<br>**501 Marlins Way**<br>**Miami, FL 33125** | | **Breach of**<br>**Contract** | **Contingent**<br>**Disputed** | | | **$64,632.10** |
| **Miami Marlins**<br>**501 Marlins Way**<br>**Miami, FL 33125** | | | | | | **$74,770.05** |
| **Nexgen Healthcare**<br>**18111 Von Karman**<br>**Avenue #700**<br>**Irvine, CA 92612** | | | | | | **$107,550.91** |
| **Patterson Medical**<br>**28100 Torch**<br>**Parkway #700**<br>**Warrenville, IL**<br>**60555** | | | | | | **$91,195.93** |

| Debtor | Miami Neurological Institute, LLC | | Case number *(if known)* | |
|---|---|---|---|---|
| | Name | | | |

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Vasomedical, Inc.** **137 Commercial St** **Suite 200** **Plainview, NY 11803** | | | | | | **$41,618.72** |
| **VG Aventura MOB, LLC** **c/o Natalee Gilmore Ferreri** **101 South Fifth Street** **27th Floor** **Louisville, KY 40202** | | **Breach of Lease** | **Unliquidated Disputed** | | | **$131,625.47** |

# United States Bankruptcy Court
## Southern District of Florida

In re   **Miami Neurological Institute, LLC**          Case No. _____

                         Debtor(s)           Chapter    **11**

## LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with rule 1007(a)(3) for filing in this Chapter 11 Case

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
| --- | --- | --- | --- |

**-NONE-**

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

        I, the **Managing Member** of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date   **January 18, 2017**            Signature   **/s/ Juan Ramirez**

                                                           **Juan Ramirez**

*Penalty for making a false statement of concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

## United States Bankruptcy Court
### Southern District of Florida

In re    **Miami Neurological Institute, LLC** _____    Case No. _____

                                                  Debtor(s)             Chapter    **11** _____

## VERIFICATION OF CREDITOR MATRIX

I, the Managing Member of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date:    **January 18, 2017** _____      **/s/ Juan Ramirez** _____

                                                        **Juan Ramirez/Managing Member**
                                                        Signer/Title

AANS
38780 Eagle Way
Chicago, IL 60678


AAPM&R
P.O. Box 95528
Chicago, IL 60694-5528


ADP
1 ADP Boulevard
Roseland, NJ 07068


ADT Security Services
P.O. Box 631877
Irving, TX 75063-0030


AdvisorsMD
220 E. Main Street
Suite 200
Mankato, MN 56001


Aetna
925 N. Miami Avenue
Miami, FL 33136


ALC Home Health
477 E. Butterfield Road #400
Lombard, IL 60148


Alere Toxicology
P.O. Box 5365
Pittsburgh, PA 15253-5907


All Medical Repairs, LLC
1791 Blount Road
Pompano Beach, FL 33069


Altus Spine
1040 Enterprise Drive
West Chester, PA 19380


AMA Insurance
515 N. State Street
Chicago, IL 60654

Ambassador Health Services, Inc.
P.O. Box 63454
Charlotte, NC 28263-3454


Ambient Healthcare of South Florida, Inc
15951 SW 41st Street
Fort Lauderdale, FL 33331


Amblitel, LLC
901 Front Street
Suite 280
Louisville, CO 80027


AMBU
6230 Old Dobbin Lane
Suite 250
Columbia, MD 21045


American Academy of Neurology
201 Chicago Avenue
Minneapolis, MN 55415


American Academy of Surgeons
6300 North River Road
Des Plaines, IL 60018-4262


American College of Surgeons
633 N Saint Clair St
Chicago, IL 60611


American Medical Association
P.O. Box 930884
Atlanta, GA 31193


AMS RRG
23 Route 31 North
Suite A-2
Pennington, NJ 08534


Arteriocyte Medical Systems, Inc.
P.O. Box 145
Hopkinton, MA 01748

ATI Advanced Technologies, Inc.
7891 W. Flagler Street
#276
Miami, FL 33144


Avaya Financial Services
4655 Great America Parkway
Santa Clara, CA 95054


Avetura Hospital Medical Center
20900 Biscayne Blvd
Miami, FL 33180


Avetura Institute for Cardiovascular Wel
21097 NE 27th Court
Suite 508
Miami, FL 33180


Avia Medical Technologies
20801 Biscayne Blvd #403
Miami, FL 33180


AW Hialeah, LLC
11780 US Highway One
Suite 305
North Palm Beach, FL 33408


Becker & Poliakoff
1 East Broward Blvd. #1800
Fort Lauderdale, FL 33301


Berman & Berman, P.A.
9560 SW 107th Avenue
Suite 208
Miami, FL 33176


Best Practices
75 Piedmont Avenue
6th Floor
Atlanta, GA 30303


Boston Scientific
10115 Kincey Avenue #120
Huntersville, NC 28078

Broward County Medical Association
5101 NW 21st Avenue
#450
Fort Lauderdale, FL 33309


Broward Medical Center
1600 S. Andrews Avenue
Fort Lauderdale, FL 33316


Caribbean Parking
7401 Wiles Road
Suite 2016
Pompano Beach, FL 33067


Central Clinical Labs
1395 Shotgun Road
Fort Lauderdale, FL 33326


Central Florida Expressway Authority
P.O. Box 585070
Orlando, FL 32858


City National Bank of Florida
25 West Flagler Street
Miami, FL 33130


City of Fort Lauderdale
100 North Andrews Avenue
Fort Lauderdale, FL 33301


City of Hialeah
501 Palm Avenue
Hialeah, FL 33010


Clear Choice
800 W. Cypress Creek Road #580
Fort Lauderdale, FL 33309


CLIA Laboratory Program
P.O. Box 530882
Atlanta, GA 30353-0882


Comcast
P.O. Box 530098
Atlanta, GA 30353-0098

Congress of Neurological Surgeons
36742 Eagle Way
Chicago, IL 60678


Coram Speciality Infusion Services
11948-50 Miramar Parkway
Hollywood, FL 33025


Corporate Creations International
11380 Prosperity Farms Rd
Suite 221E
Palm Beach Gardens, FL 33410


Cosman Medical
22 Terry Avenue
Burlington, MA 01803


Coverall North America, Inc.
2955 Momentum Place
Chicago, IL 60689


Cozen O'Connor
1 N. Clematis Street #510
West Palm Beach, FL 33401


CPT of South Florida
2699 Stirling Road #A101
Fort Lauderdale, FL 33312


Delaware Secretary of State
401 Federal Street
Suite 4
Dover, DE 19901


Dell Small Busniess
One Dell Way
Round Rock, TX 78682


Diagnostic Equipment Services Corp.
124 Main Street
P.O. Box 303
Norfolk, MA 02056-0303

Digital River, Inc.
88278 Expedite Way
Lockbox 8827
IL 60698-0001


DLL Financial Solutions Partner
P.O. Box 40602
Philadelphia, PA 19101


DOH X-Ray Registration
4052 Bald Cypress Way
Bin C21
Tallahassee, FL 32399-1741


Dominican Healthcare Assc. of FL
P.O. Box 145255
Miami, FL 33114


Dr. Melvin Whitfield
1301 E. Broward Blvd #300
Fort Lauderdale, FL 33301


Dr. Santiago Figuereo
21097 NE 27th Court #540
Miami, FL 33180


EA Medical, LLC
10541 State Hwy 81
Canton, MO 63435


Earthlink
Business Department #1798
P.O. Box 11407
Birmingham, AL 35246


Epic Transportation
2790 South Park Road
Hallandale, FL 33009-3833


Epimed
141 Sal Ladrino Way
Johnstown, NY 12095

```
FL. Birth-Related Neuro. Injury Comp Asc
2360 Christopher Place
Suite 1
P.O. Box 1456
Tallahassee, FL 32317-4567


Florida Blue
770 Northpoint Pkwy
West Palm Beach, FL 33407


Florida Department of Health Dade Cty
1725 NW 167th Street
Opa Locka, FL 33056


Florida Department of State
P.O. Box 6327
Tallahassee, FL 32314


Florida Dept of Revenue
5050 W. Tennessee Street
Tallahassee, FL 32399


Florida Health
705 Wells Road
Suite 300
Orange Park, FL 32073


Florida Medical Association
Department 0098
P.O. Box 85000
Orlando, FL 32885


Florida Power & Light
P.O. Box 025576
Miami, FL 33102


Fort Pierce Utilities Authority
206 S. 6th Street
Fort Pierce, FL 34950


FPL Fibernet
9250 W. Flagler Street
Miami, FL 33174
```

Gateway/TriZetto
Dept. CH16897
Palatine, IL 60055-6897


Green Cloud Technologies
411 University Ridge
Suite 201
Greenville, SC 29601


Guillermo Hernandez
18201 SW 12th Street
Miami, FL 33194


Henry Schein
135 Duryea Road
Melville, NY 11747


High Standards Health Services, Inc.
10689 N. Kendall Drive #310
Miami, FL 33176


Holland & Knight, LLP
222 Lakeview Avenue #1000
West Palm Beach, FL 33401


Home Health Services of Broward
3075 NW 35th Avenue
Fort Lauderdale, FL 33311


HS Parking Corp.
P.O. Box 941388
Miami, FL 33194-4567


Hybrent, Inc.
626C Admiral Drive
#231
Annapolis, MD 21401


Image360
7362 West Commercial Boulevard
Fort Lauderdale, FL 33319


ImageNet Consulting, LLC
14080 NW 82nd Avenue
Miami Lakes, FL 33016

In Motion Mobility, LLC
2201 NW 102nd Place #1
Doral, FL 33172


Intacct
125 S Market St
Suite 600
San Jose, CA 95113


Integrity Medical Systems, Inc.
13831 Jetport Commerce Parkway
Fort Myers, FL 33913


Inter. Parkinson & Movmt. Dis. Soc.
555 East Wells
Suite 1100
Milwaukee, WI 53202


Internal Revenue Service
99 NE 4th Street
Miami, FL 33132


iPhone Intelligent Voice
1035 NE 125th Street
Suite 300
Miami, FL 33161


JAMS, Inc.
P.O. Box 512850
Los Angeles, CA 90051


Juicera
1450 Shoreline Way
Hollywood, FL 33019


Kaufman & Rossins CPA
3801 PGA Blvd #600
Palm Beach Gardens, FL 33410


Kendell Regional Medical Center
11750 SW 40th St
Miami, FL 33175

King's Cup, Inc.
2805 East Oakland Park Boulevard
PMB 345
Fort Lauderdale, FL 33306-1813


Landauer
2 Science Road
Glenwood, IL 60425


Lauren Schwartz, MD
c/o Ken M. Frankel, Esq.
71 NE 27th Avenue
Pompano Beach, FL 33062


Lawnwood Medical Center, Inc.
1700 South 23rd Street
Fort Pierce, FL 34950


Legal Mobility, Inc.
1250 Winding Rose Way
West Palm Beach, FL 33415


Lincoln National Life Insurance Co.
POB 0821
Carol Stream, IL 60132


Mangrove Payroll Services, Inc.
1501 S Church Ave
Tampa, FL 33629


Marlins Stadium Operator, LLC
c/o Ashwin Krishnan, Esq.
501 Marlins Way
Miami, FL 33125


Maryland Transportation Authority
P.O. Box 17600
Baltimore, MD 21297-7600


Matheson Tri-Gas, Inc.
Dept. 3028
P.O. Box 123028
Dallas, TX 75312

McKessonn Medical Surgical
P.O. Box 740215
Cincinnati, OH 45274-0215


Medical Protective
5814 Reed Road
Fort Wayne, IN 46835


Medical Staff of Aventura Hospital
and Medical Center, Inc.
6400 Congress Avenue
Suite 1650
Boca Raton, FL 33487


Medline Industries,Inc.
9670 NW 112th Avenue
Miami, FL 33178


Medtronic USA
710 Medtronic Parkway
Minneapolis, MN 55432


Mercy Hospital Medical Staff
3663 South Miami Avenue
Miami, FL 33133


Merry X-Ray Corporation
4444 Viewbridge Avenue
Suite A
San Diego, CA 92123


Miami Dade Couty Tax Collector
200 NW 2nd Avenue
Miami, FL 33128


Miami Marlins
501 Marlins Way
Miami, FL 33125


Miami-Dade Fire Rescue Department
9300 NW 41st Street
Miami, FL 33178-2424

```
Microsoft Office 365
6750 North Andrews Ave
Suite 400
Fort Lauderdale, FL 33309


Momentum Telecom Enterprise
880 Montclair Rd
Suite 400
Birmingham, AL 35213


Mount Sinai Medical Center
4300 Alton Road
Miami Beach, FL 33140


Natus Neurology Inc.
6701 Koll Center Parkway #120
Pleasanton, CA 94566


Nexgen Healthcare
18111 Von Karman Avenue #700
Irvine, CA 92612


North American Spine Society
7075 Veterans Boulevard
Willowbrook, IL 60527


North Broward Hospital District
1608 SE 3rd Avenue
Suite 500B
Fort Lauderdale, FL 33316


North Shore Medical Center
1100 NW 95th Street
Miami, FL 33150


Northwestern Mutual
100 SE 2nd Street #2610
Miami, FL 33131


Nosich & Ganz, P.A.
75 Valencia Avenu #1100
Coral Gables, FL 33301
```

Nutruvia Holdings
200 S. Andrews Avenue #501
Fort Lauderdale, FL 33301


Patterson Medical
28100 Torch Parkway #700
Warrenville, IL 60555


Pennsylvania Department of State
302 N Office Building
Harrisburg, PA 17120


Phreesia
432 Park Avenue South
12th Floor
New York, NY 10016


Pitney Bowes
Attn: Purchase Power
P.O. Box 371874
Pittsburgh, PA 15250


Rosanna Figuereo
4800 Alton Road
Miami Beach, FL 33140


Roto-Rooter
605 Belvedere Rd
West Palm Beach, FL 33405


S. FLA. Chp. of American Coll. Surgeons
P.O. Box 540363
Opa Locka, FL 33054


Saint Lucie County Fire Department
5160 NW milner Drive
Port Saint Lucie, FL 34983


Security Premium Finance
5959 Blue Lagoon Dr
Suite 302
Miami, FL 33126

Shred-It
1300 22nd Street NW
Pompano Beach, FL 33069


Singh, Singh & Trauben, LLP
400 South Beverly Drive
Suite 240
Beverly Hills, CA 90212


SMA Medical Laboraties, Inc.
2944 SW 26th Terrace #502
Dania Beach, FL 33312


Smith Brothers, Millbank & Co.
2131 NW 30th Road
Boca Raton, FL 33431


Staples
13640 N. Kendall Drive
Miami, FL 33186


Studio 5 Design & Architecture
116 Madeira Avenue
Miami, FL 33134


SunPass
7941 Glades Rd
Boca Raton, FL 33434


T-Mobile
P.O. Box 742596
Cincinnati, OH 45274-2596


Telephonetics
P.O. Box 116766
Atlanta, GA 30368-6766


The Coding Network, LLC
P.O. Box 848273
Los Angeles, CA 90084-8273


Tian Medical
888 E. Belvidere Road #212
Grayslake, IL 60030

Town of Miami Lakes
15150 NW 79th Court
Hialeah, FL 33014


Town of Pembroke Park
3150 SW 52nd Avenue
Hollywood, FL 33023


U-Haul
2269 NE 163rd Street
Miami, FL 33162


United Medical Industries
8603 NW 66th Street
Miami, FL 33166


University of Miami
1252 Memorial Drive
158 Ash Building
Attn: Student Accounts
Miami, FL 33146


US Premium Finance
P.O. Box 630035
Cincinnati, OH 45263


UseTallie.com
525 Second Street
San Francisco, CA 94107


Vasomedical, Inc.
137 Commercial St
Suite 200
Plainview, NY 11803


Vechi Corp.
8481 NW 27th Place
Fort Lauderdale, FL 33322


VG Aventura MOB, LLC
c/o Natalee Gilmore Ferreri
101 South Fifth Street
27th Floor
Louisville, KY 40202

```
Vow Cleaning Services, Inc.
11892 SW 25th Court
Hollywood, FL 33025


Voya Financial
230 Park Avenue
New York, NY 10169


Westchester General Hospital
2500 NW 75th Avenue
Miami, FL 33155
```